

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00076-CV

---

IN THE INTEREST OF A.S., A CHILD

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 88,531-E, Honorable Carry A. Baker, Associate Judge Presiding

---

February 13, 2020

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Mother, appeals from the trial court's order terminating her parental rights to her child, A.S.[1] The order of termination appears to contain a clerical error. The order indicates that the case was heard on December 2, 2019, but states that the associate judge signed the order on February 6, 2019. Based on this signature date, appellant's notice of appeal appears to have been filed untimely. TEX. R. APP. P. 26.1(b).

Accordingly, we abate the appeal and remand the cause to the trial court to determine whether the signature date of the order is correct. If the trial court determines

---

[1] To protect the privacy of the parties involved, we will refer to the appellant as "Mother" and to the child by her initials. See TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2019); TEX. R. APP. P. 9.8(b).

that the order states the incorrect date of signature, it shall enter a judgment *nunc pro tunc* reflecting the correct date.  The trial court shall cause any judgment *nunc pro tunc* to be included in a clerk's record and cause that record to be filed with the Clerk of this Court by February 18, 2020.

It is so ordered.

Per Curiam